CHARLES T. WRIGHT, ESQ.
Nevada Bar No. 10285
PIET & WRIGHT
3130 S. Rainbow Blvd., Ste. 304
Las Vegas, Nevada 89146
*Attorney for Debtors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>SOLANO, GLORIA<br><br>Debtor(s). | CASE NO.: BK-S 09-21207-LBR<br>IN CHAPTER 13 PROCEEDINGS<br><br>**2005 NISSAN QUEST MINIVAN**<br><br>Hearing Date:  October 20, 2010<br>Hearing Time: 10:30 a.m. |

**OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

COME NOW, GLORIA SOLANO (hereinafter the "Debtor"), by and through her attorney, CHARLES T. WRIGHT, ESQ., of the law firm of PIET & WRIGHT, and respectfully request this Court to deny the MOTION FOR RELIEF FROM THE AUTOMATIC STAY filed by **WELLS FARGO DEALER SERVICES, INC. FKA WACHOVIA DEALER SERVICES, INC. A CALIFORNIA CORPORATION, FKA WFS FINANCIAL, INC.**, by and through its attorney, GARY L. COMPTON, as follows:

**POINTS AND AUTHORITIES**

11 U.S.C. Section 362(d)(1) states that the Court may terminate, modify or condition stay

> "for cause, including the lack of adequate protection of an interest
> in property of such party in interest;---"

1

11 USC Section 362(d)(2) the Court may terminate, modify or condition a stay "with respect to a stay of an act against property under subsection (a) of this section, if –

(A)     the debtors do not have an equity in such property AND

(B)     such property is not necessary to an effective reorganization"

## STATEMENT OF FACTS

Debtor's property has liens of approximately $12,982.00 for the property described as a 2005 Nissan Quest Minivan.

This property is necessary as the Debtors main source of transportation.

11 U.S.C. Section 361(1) may apply as:

1.     Debtors acknowledge that if they are late on the post petition payments, they will need some time to acquire the necessary funds to cure all post-petition arrearages.

2.     Debtors intentions are to stay current on future post-petition payments.

3.     This property is subject to setoff to U.S.C. Sections 506 and 1123(b)(5).

///

///

///

///

///

///

///

///

///

///

THEREFORE, Debtors request that the Motion filed be denied under 11 U.S.C. Section 362(d)(1) or (2), and that any action on creditor's behalf be stayed for an adequate amount of time to allow Debtors to become current on the post petition arrearages and/or to stipulate to an Adequate Protection Order.

Dated this 19th day of October, 2010.

                                      Respectfully submitted,

                                      PIET & WRIGHT

                                      By: /s/ Charles T. Wright
                                            CHARLES T. WRIGHT, ESQ.
                                            Nevada Bar No. 10285
                                            3130 S. Rainbow Blvd., Ste. 304
                                            Las Vegas, Nevada 89146
                                            *Attorney for Debtors*